UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 2 3 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **06CR0380** |
| v. | ) | Violations: Title 18, United States Code, |
| JEREMY ALEXANDER HAMMOND | ) | Sections 1030(a)(2)(C) and 2 |

JUDGE ZAGEL

MAGISTRATE JUDGE ASHMAN

### COUNT ONE

The SPECIAL FEBRUARY 2005-1 GRAND JURY charges:

1. At times material to this indictment:

   a. ProtestWarrior.com was a website that promoted certain political opinions. ProtestWarrior.com's website was maintained on a computer server located in Miami, Florida. Visitors to the ProtestWarrior.com website could become "members" of the website, and could purchase items and make donations through an online store using a credit card. As a result, the ProtestWarrior.com computer server contained databases that included personal information about visitors to the website, including credit card account information, home addresses, names, and other identifying information. These databases on the computer server were not available online to the general public. Rather, only authorized users who had been issued passwords by the administrators of ProtestWarrior.com were permitted to access these databases of personal information.

   b. Defendant JEREMY ALEXANDER HAMMOND was an administrator of the website "hackthissite.org," which described itself as "an online movement of hackers, activists and anarchists."

   c. Between January and February 2005, defendant HAMMOND accessed ProtestWarrior.com's server without authority on multiple occasions in an effort to obtain

information not otherwise available to him or the general public, specifically, credit card numbers, home addresses, and other identifying information of the members and customers of ProtestWarrior.com.

2. On or about February 1, 2005, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JEREMY ALEXANDER HAMMOND,

defendant herein, by interstate communication, intentionally accessed without authority Protest Warrior's server, a protected computer, and thereby obtained information, namely credit card numbers, home addresses, and other identifying information of its members and customers, from that protected computer;

In violation of Title 18, United States Code, Sections 1030(a)(2)(C) and 2.

_____
FOREPERSON


_____
UNITED STATES ATTORNEY