# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 380 | **DATE** | 5/31/2006 |
| **CASE TITLE** | UNITED STATES vs. JEREMY ALEXANDER HAMMOND | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. Rule 16 conference deadline 6/7/2006. Pretrial motions deadline 6/21/2006. Government response deadline 7/6/2006. Status hearing set for 7/7/2006 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 5/31/2006 to 7/7/2006. (X-T)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|