# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 380 | **DATE** | 8/7/2006 |
| **CASE TITLE** | UNITED STATES vs. HAMMOND | | |

**DOCKET ENTRY TEXT**

Status hearing reset for 9/6/2006 at 10:30 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 8/7/2006 to 9/6/2006. (X-T)

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|