**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:06−cr−00380
Honorable James B. Zagel

Jeremy Alexander Hammond

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 6, 2006:

MINUTE entry before Judge James B. Zagel :Status Hearing as to Jeremy Alexander Hammond held on 9/6/2006. Change of Plea Hearing set for 9/28/2006 at 10:30 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 9/6/2006 to 9/28/2006.Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.