# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 380 | **DATE** | 9/28/2006 |
| **CASE TITLE** | UNITED STATES vs. JEREMY ALEXANDER HAMMOND | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to the indictment. Defendant informed of his rights. Plea accepted and judgment of guilty entered on the indictment. Presentence investigation report ordered. Sentencing set for 12/7/2006 at 2:00 p.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | DW |
|---|---|---|