IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 06CR-380 |
| v. ) | The Honorable |
| ) | James B. Zagel, |
| JEREMY HAMMOND ) | Judge Presiding. |

NOTICE OF FILING

**To:** Brandon Fox
United State's Attorney's Office
219 South Dearborn
Chicago, IL 60604

On December 4, 2006, counsel for Defendant caused to be filed his sentencing memeorandum.

s/Matthew J. McQuaid
MATTHEW J. MCQUAID
Attorney for Petitioner
53 W. Jackson Suite 1420
Chicago, IL 60604
(312) 726-9015
E-Mail: mcquaidmat@aol.com
Atty No: 6209489
