UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.   06 CR 380-1 |
| v. | ) | |
| | ) | |
| JEREMY ALEXANDER HAMMOND | ) | Judge Zagel |
| | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 06 CR 380-1. The judgment in the amount of $5,358, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the DuPage County Recorder's Office as document number R2007-007934, on January 12, 2007 is hereby released.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


    By: s/ Melissa A. Childs
     MELISSA A. CHILDS
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois  60604
     (312) 353-5331

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

  RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 17, 2007, to the following non-ECF filers:

Jeremy Alexander Hammond
Reg. No. 18729-424
c/o FCI GREENVILLE
Satellite Camp
P.O. Box 6000
Greenville, IL 62246

          By: s/ Melissa A. Childs
           MELISSA A. CHILDS
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5331