# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:06–cr–00380
Honorable James B. Zagel

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 31, 2010:

    MINUTE entry before the Honorable James B. Zagel:As to Jeremy Alexander Hammond, status hearing held on 3/31/2010. Preliminary revocation hearing reset for 4/30/2010 at 12:00 PM. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.